JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.6857
    Facsimile: 415.436.6748
    E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 08-1654 EMC |
|     Plaintiff, | |
|     v. | CERTIFICATE OF SERVICE |
| $49,790 IN UNITED STATES CURRENCY, | |
|     Defendant. | |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

    1. Government Complaint for Forfeiture;

    2. Notice of Forfeiture Action;

    3. Warrant of Arrest of Property *In Rem;*

    4. Case Management Standing Order;

    5. Notice of Assignment of Case to a US Magistrate Judge for Trial;

    6. United States District Court's Local Rules and Guidelines;

    7. ADR Dispute Resolution Procedures in the Northern District of California; and

    8. ECF Registration Information Handout

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

| | |
|---|---|
| David Michael, Esq<br>101 California Street, Suite 2450<br>San Francisco, CA 94111<br>Attorney for Herman Keese | Che L. Hashim<br>179 11th Street, 2nd Floor<br>San Francisco, CA 94103<br>Attorney for Herman Keese |

Herman Keese
350 Sweeney Street
San Francisco, CA 94134

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  1st   day of April, 2008, at San Francisco, California.

                                         /S/
                                      CAROLYN JUSAY
                                      Legal Assistant
                                      Asset Forfeiture Unit