**DAVID M. MICHAEL, SBN 74031**
**LAW OFFICES OF DAVID M. MICHAEL**
**101 California Street, Suite 2450**
**San Francisco, CA 94111**
**Telephone: (415) 946-8996**
**Facsimile: (877) 538-6220**
**E-mail: dmmp5@aol.com**

**Attorney for Claimant**
**HERMAN KEESE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

v.

$49,790.00 IN UNITED STATES CURRENCY,

Defendant.
_______________________________________/

HERMAN KEESE,

Claimant.
_______________________________________/.

**No. CV 08 1654 EMC**

**VERIFIED CLAIM OF HERMAN KEESE OPPOSING FORFEITURE**

The undersigned hereby claims an ownership and/or a possessory interest in, and the right to exercise dominion and control over, all or part of the defendant property.

Dated: 17 April 2008

S/HERMAN KEESE
HERMAN KEESE

**VERIFICATION**

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: 17 April 2008

S/HERMAN KEESE
HERMAN KEESE

**CERTIFICATE OF ELECTRONIC FILING**

The undersigned hereby certifies that, on 4 May 2008, he caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

PATRICIA J. KENNEY
Office of the U.S. Attorney
450 Golden Gate Avenue
Ninth Floor
San Francisco CA 94102
patriciakenney@usdoj.gov

DAVID M. MICHAEL
DAVID M. MICHAEL
Attorney for Claimant
HERMAN KEESE

VERIFIED CLAIM OF HERMAN KEESE OPPOSING FORFEITURE
CASE NO. CV 08 1654 EMC
3