JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | No. C 08-1654 EMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| $49,790  IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

DECLINATION TO PROCEED BEFORE A MAJISTRATE JUDGE

AND REQUEST FOR REASSIGNEMENT TO A UNITED STATES DISTRICT JUDGE

        The undersigned party in the above-captioned civil matter hereby declines to consent to

the assignement of this case to a United States Magistrate Judge for trial and disposition and

hereby requests the reassignemnt of this case to a United States District Judge.

Dated: June 10, 2008

_____
PATRICIA J. KENNEY
Assistant United States Attorney