UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$49,790.00 IN UNITED STATES CURRENCY,<br><br>    Defendant.<br><br>HERMAN KEESE,<br><br>    Claimant. | Case No. No. CV 08 1654 VRW<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court is in receipt of the parties Stipulation for Continuance of Case Management Conference in which the parties request a continuance of the Case Management Conference to December 18, 2008, at 3:30 p.m..

Good cause appearing, the Case Management Conference, presently scheduled for October 9, 2008, is hereby CONTINUED to December 18, 2008 at 3:30 p.m. A Joint Case Management Statement shall be filed no later than December 11, 2008.

**IT IS SO ORDERED**

Dated: __10/8_____ 2008

GRANTED
Judge Vaughn R Walker

-1-