JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile:  415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>$49,790 IN UNITED STATES CURRENCY,<br><br>        Defendant.<br><br>HERMAN KEESE,<br><br>        Claimant. | No. C 08-1654 VRW<br><br>STIPULATION AND ORDER RESCHEDULING DECEMBER 18, 2008 CASE MANAGEMENT STATEMENT |

      The parties agree, subject to the Court's approval, that the case management conference scheduled for December 18, 2008 be rescheduled for February 12, 2008 at 3:30 p.m. The reason for the request is that claimant's counsel, David Michael, is to appear in Nebraska in federal court on that date, and the United States has no objection to rescheduling the case management conference in this case to accommodate his schedule. Because the holidays this year fall

///

1   on a Thursday and because of other previous commitments, the first date that counsel jointly can
2   schedule a case management conference is February 12, 2008.
3
4   IT IS SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                                  United States Attorney
5
6   DATED: December 10, 2008
                                                  _____
7                                                 PATRICIA J. KENNEY
                                                  Assistant United States Attorney
8
9   DATED: December 10, 2008
                                                  _____
10                                                DAVID MICHAEL
                                                  Attorney for Claimant
11                                                Herman Keese
12
13  IT IS SO ORDERED PURSUANT TO THE PARTIES' FOREGOING STIPULATION.
14
15                                                _____
                                                  HONORABLE VAUGHN R. WALKER
16                                                Chief United States District Judge
17
18  Dated: 12/12/2008

GRANTED
Judge Vaughn R Walker

Stip & Order Re:
Rescheduling CMC
No. C 08-1654 VRW                                 2