JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile: 415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $49,790 IN UNITED STATES CURRENCY, <br><br> Defendant. <br><br> HERMAN KEESE, <br><br> Claimant. | No. C 08-1654 VRW <br><br> STIPULATION AND ORDER RE: RESCHEDULING |

The parties agree, subject to the Court's approval, that the hearing date for dispositive motions should be rescheduled from December 17, 2009 to March 4, 2010 at 10:00 a.m. The reason for the rescheduling is that counsel for the United States will be undergoing surgery (total right knee replacement) on October 19, 2009, and will be out of the office on medical leave, at a minimum, for three weeks, and in addition will be out of the office the weeks from January 11 until January 25, 2010. If the hearing is changed to March 4, 2010, then the parties will be

required to file their dispositive motions five weeks in advance, on January 28, 2010; their cross oppositions will be due two weeks later, on February 11, 2010; their optional reply briefs will be due one week later, on February 18, 2010, and the hearing will be held on March 4.

IT IS SO STIPULATED:

DATED: October 9, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

_____
PATRICIA J. KENNEY
Assistant United States Attorney

DATED: October ___, 2009

_____
DAVID MICHAEL
Attorney for Claimant Herman Keese

IT IS SO ORDERED PURSUANT TO THE PARTIES' FOREGOING STIPULATION ON THIS _____ DAY OF _____, 2009.

_____
HONORABLE VAUGHN R. WALKER
Chief United States District Judge

required to file their dispositive motions five weeks in advance, on January 28, 2010; their cross oppositions will be due two weeks later, on February 11, 2010; their optional reply briefs will be due one week later, on February 18, 2010, and the hearing will be held on March 4.

IT IS SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: October ___, 2009

                                        _____
                                        PATRICIA J. KENNEY
                                        Assistant United States Attorney

DATED: October 9, 2009

                                        _____
                                        DAVID MICHAEL
                                        Attorney for Claimant Herman Keese

IT IS SO ORDERED PURSUANT TO THE PARTIES' FOREGOING STIPULATION ON THIS  14th  DAY OF  October , 2009.

HONORABLE VAUGHN R. WALKER
Chief United States District Judge

GRANTED
Judge Vaughn R Walker