1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
     Telephone: 415.436.6857
7    Facsimile:  415.436.6748

8  Attorneys for the United States of America

9                       UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11                          SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           )   No. C 08-1654 VRW
                                         )
14 |            Plaintiff,               )
                                         )
15 |      v.                             )
                                         )   STIPULATION AND ORDER
16 | $49,790 IN UNITED STATES            )   RE: RESCHEDULING
     CURRENCY,                           )
17 |                                     )
                Defendant.                )
18 |_____ )
                                         )
19 | HERMAN KEESE,                       )
                                         )
20 |            Claimant.                )
                                         )
21 |_____

22

23
          The parties agree, subject to the Court's approval, that the hearing date for dispositive
24
   motions should be rescheduled from December 17, 2009 to March 4, 2010 at 10:00 a.m. The
25
   reason for the rescheduling is that counsel for the United States will be undergoing surgery (total
26
   right knee replacement) on October 19, 2009, and will be out of the office on medical leave, at a
27
   minimum, for three weeks, and in addition will be out of the office the weeks from January 11
28
   until January 25, 2010. If the hearing is changed to March 4, 2010, then the parties will be

1  required to file their dispositive motions five weeks in advance, on January 28, 2010; their cross
2  oppositions will be due two weeks later, on February 11, 2010; their optional reply briefs will be
3  due one week later, on February 18, 2010, and the hearing will be held on March 4.
4
5  IT IS SO STIPULATED:                             JOSEPH P. RUSSONIELLO
                                                    United States Attorney
6
7  DATED: October 9, 2009
                                                    _____
                                                    PATRICIA J. KENNEY
8                                                   Assistant United States Attorney
9
10 DATED: October ___, 2009
                                                    _____
11                                                  DAVID MICHAEL
                                                    Attorney for Claimant Herman Keese
12
13 IT IS SO ORDERED PURSUANT TO THE PARTIES' FOREGOING STIPULATION ON
14 THIS _____ DAY OF _____, 2009.
15
16                                                  _____
                                                    HONORABLE VAUGHN R. WALKER
17                                                  Chief United States District Judge
18
19
20
21
22
23
24
25
26
27
28

Stip & Order Re: Rescheduling
No. C 08-1654 VRW                      2

required to file their dispositive motions five weeks in advance, on January 28, 2010; their cross oppositions will be due two weeks later, on February 11, 2010; their optional reply briefs will be due one week later, on February 18, 2010, and the hearing will be held on March 4.

IT IS SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                              United States Attorney

DATED: October ___, 2009

                                              _____
                                              PATRICIA J. KENNEY
                                              Assistant United States Attorney

DATED: October 9, 2009
                                              _____
                                              DAVID MICHAEL
                                              Attorney for Claimant Herman Keese

IT IS SO ORDERED PURSUANT TO THE PARTIES' FOREGOING STIPULATION ON THIS  14th  DAY OF  October , 2009.

                                              HONORABLE VAUGHN R. WALKER
                                              Chief United States District Judge

GRANTED
Judge Vaughn R Walker

Stip & Order Re: Rescheduling
No. C 08-1654 VRW                    2