JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile: 415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>$49,790 IN UNITED STATES CURRENCY,<br><br>               Defendant.<br><br>HERMAN KEESE,<br><br>               Claimant. | No. C 08-1654 VRW<br><br>**AMENDED** STIPULATION AND ORDER RE: RESCHEDULING |

On January 26, 2010, the undersigned filed a stipulation to which the parties had agreed on January 6, 2010 before the undersigned was out of the office for two weeks, but which stipulation was inadvertently not filed on January 6, 2010. Subsequently, counsel for claimant Herman Keese, David Michael, notified the undersigned that due to a change in his schedule that he will be out of the country on the date the parties initially suggested for a hearing (April 16, 2010). Accordingly, the parties are amending their stipulation submitted on January 26, 2010, and requesting that the dispositive motions be scheduled as follows:

| | |
|---|---|
| 4/09/10 | last date for filing of dispositive motions; |
| 4/23/10 | oppositions to dispositive motions due to be filed; |
| 4/30/10 | replies in support of dispositive motions due to be filed; and |
| 5/14/10 | hearing on dispositive motions. |

The parties stipulated, and the Court ordered, one previous rescheduling.

The United States has not yet had the opportunity to take the Court-supervised deposition of claimant Keese due to unavailability of Keese and his counsel until February. The Court will recall that the parties had a discovery dispute regarding claimant's deposition and certain oral objections and directions not to answer which claimant's counsel made. The dispute was resolved by an agreement to allow Keese to be re-deposed on a date when the Court was available in the courthouse so that the parties could call if they reached any impasses during the deposition which they could not resolve. Subject to the availability of the Court, the parties have agreed to complete claimant's deposition at the courthouse in the Office of the United States Attorney on February 10, 2010.[1]

There are a number of reasons for the rescheduling the filing of dispositive motions. Although the parties have agreed on a date for the further court-ordered deposition of claimant Keese, claimant Keese had to cancel at the last moment a scheduled deposition last fall because of the hospitalization of his mother and his counsel, who was out of the country, was unable to reschedule that deposition until after January 22, 2010. In addition, the undersigned has had

---

[1] If the Court is unavailable on February 10, 2010, the parties have agreed that the deposition can be completed on one of the following days with their preferred dates stated in the order of their choice: 2/17, 2/18, 2/23 or 2/24.

**Amended** Stip & Order Re: Rescheduling
No. C 08-1654 VRW                                 2

| | |
|---|---|
| 1 | some medical difficulties which precluded preparation of the motion on the initial January 28 |
| 2 | schedule and also was out of the country from January 11 until January 25, 2010. |

IT IS SO STIPULATED:	JOSEPH P. RUSSONIELLO
	United States Attorney

DATED: January  28 , 2010	                /s/                               
	PATRICIA J. KENNEY
	Assistant United States Attorney

DATED: January  28 , 2010	                /s/                               
	DAVID MICHAEL
	Attorney for Claimant Herman Keese

IT IS SO ORDERED PURSUANT TO THE PARTIES' FOREGOING STIPULATION ON THIS   2nd   DAY OF   February   , 2010. SPECIFICALLY, THE PARTIES ARE TO ADHERE TO THE FOLLOWING REVISED, STIPULATED SCHEDULE:

- 4/09/10    LAST DATE FOR FILING OF DISPOSITIVE MOTIONS;
- 4/23/10    OPPOSITIONS TO DISPOSITIVE MOTIONS DUE TO BE FILED;
- 4/30/10    REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS DUE TO BE FILED; AND
- ~~5/14/10~~    HEARING ON DISPOSITIVE MOTIONS.  - 5/13/2010 at 10:00 AM.

                                                                        
HONORABLE VAUGHN R. WALKER
Chief United States District Judge

*IT IS SO ORDERED* /s/ Judge Vaughn R Walker

**Amended** Stip & Order Re: Rescheduling
No. C 08-1654 VRW                            3