JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile:  415.436.6748

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 08-1654 VRW |
|                 Plaintiff, ) | |
|    v. ) | STIPULATION AND ORDER |
| $49,790 IN UNITED STATES CURRENCY, ) | RE: RESCHEDULING |
|                 Defendant. ) | |
| HERMAN KEESE, ) | |
|                 Claimant. ) | |

      The parties agree, subject to the Court's approval, to change the hearing date for their dispositive motions from May 13, 2010 to June 24, 2010.  If the hearing date is changed to June 24, 2010, then the last date for filing dispositive motions will be May 20, 2010; the oppositions will be due on June 3; and the replies will be due on June 10, 2010.

///

///

1    The rescheduling was initially requested by the United States, because due to an error the
2    undersigned Assistant United States Attorney incorrectly calendared the filing date for
3    dispositive motions.  Counsel for claimant, David Michael, had no objection to the rescheduling
4    of the hearing on the dispositive motions, but the first date that he was available for a hearing is
5    June 3, 2010 because he is scheduled to begin a criminal trial out-of-state on May 18, 2010.
6    After the parties filed an initial stipulation to reschedule, the courtroom clerk suggested that the
7    calendar on June 3 already had a number of matters scheduled, but offered June 17.  Because Mr.
8    Michael begins another trial on June 15, he suggested June 24 or July 1 for a hearing date and the
9    courtroom clerk agreed that June 24 is available.  Accordingly, the parties agree that the hearing
10   on the dispositive motions be rescheduled for June 24, 2010 at 10:00 a.m.

12   IT IS SO STIPULATED:                              JOSEPH P. RUSSONIELLO
                                                       United States Attorney

14   DATED: April _13_, 2010                           _____/s/_____
                                                       PATRICIA J. KENNEY
15                                                     Assistant United States Attorney

17   DATED: April _13_, 2010                           _____/s/_____
                                                       DAVID MICHAEL
18                                                     Attorney for Claimant Herman Keese

20   IT IS SO ORDERED PURSUANT TO THE PARTIES' FOREGOING STIPULATION ON
21   THIS __14th__ DAY OF __APRIL____, 2010, THE HEARING ON THE PARTIES'
22   DISPOSITIVE MOTIONS IS SCHEDULED FOR JUNE 24, 2010 AT 10:00 A.M.

                                                       _____
24                                                     HONORABLE VAUGHN R. WALKER
                                                       Chief United States District Judge

Stip & Order Re: Rescheduling
No. C 08-1654 VRW                         2