JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile:  415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>                   Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> $49,790 IN UNITED STATES ) <br> CURRENCY, ) <br> ) <br>                   Defendant. ) <br> ) <br> HERMAN KEESE, ) <br> ) <br>                   Claimant. ) | No. C 08-1654 VRW <br><br> STIPULATION AND ORDER <br> RE: RESCHEDULING THE HEARING <br> ON THE PARTIES' CROSS MOTIONS <br> FOR SUMMARY JUDGMENT |

      The parties agree, subject to the Court's approval, to change the hearing date for their dispositive motions from August 12, 2010, to September 16, 2010. Recently, the Court *sua sponte* changed the hearing date from June 24, 2010, to August 12, 2010, but the undersigned Assistant United States Attorney is out of town on business and on vacation during the the week of August 9 and the week of August 16. The first date mutually convenient for counsel is

1  September 16, 2010 and, after checking with the courtroom clerk, counsel determined that the
2  Court is also available on that date.

4  IT IS SO STIPULATED:                      JOSEPH P. RUSSONIELLO
                                              United States Attorney

6  DATED: June  8 , 2010                                   /s/
                                              PATRICIA J. KENNEY
7                                             Assistant United States Attorney

9  DATED: June  8 , 2010                                   /s/
                                              DAVID MICHAEL
10                                            Attorney for Claimant Herman Keese

12  IT IS SO ORDERED PURSUANT TO THE PARTIES' FOREGOING STIPULATION ON
13  THIS   9th    DAY OF    June      , 2010, THE HEARING ON THE PARTIES'
14  DISPOSITIVE MOTIONS IS SCHEDULED FOR SEPTEMBER 16, 2010 AT 10:00 A.M.

                                              _____
                                              HONORABLE VAUGHN R WALKER
                                              Chief United States District Judge

Stip & Order Re: Rescheduling
No. C 08-1654 VRW                             2